TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Juaria Perkins*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUARIA PERKINS, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICE, LLC, CARFINANCE CAPITAL, LLC, FLAGSHIP CREDIT ACCEPTANCE, LLC, AND BANK OF AMERICA, N.A., <br><br> Defendants. | Case No.: 2:18-cv-00713-KJM-CKD <br><br> **NOTICE OF SETTLEMENT AS TO FLAGSHIP CREDIT ACCEPTANCE, LLC ONLY** |

PLEASE TAKE NOTICE that Plaintiff Juaria Perkins and Defendant Flagship

Credit Acceptance, LLC, in the above case, have reached a settlement. The Plaintiff

intends to file a notice of voluntary settlement no later than November 9, 2018.

1

DATED: September 11, 2018

/s/ *Trinette G. Kent*
TRINETTE G. KENT
State Bar No. 222020
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
*Attorneys for Plaintiff*

## PROOF OF SERVICE

I, Erica L. Forbes, hereby state that on September 11, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

/s/ *Erica L. Forbes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28