IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Juaria Perkins,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00713-KJM-CKD<br><br>**ORDER TO EXTEND**<br>**THE DISMISSAL DEADLINE** |

Having reviewed the Stipulation to Extend the Dismissal Deadline and being otherwise fully advised in the premises, it is

ORDERED, that the dismissal deadline for this matter is extended until January 3, 2019.

DATED: November 6, 2018.

_____
UNITED STATES DISTRICT JUDGE